| | AUSA: | Katharine Hemann | Telephone: (989) 895-5712 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: | Dan Bowling/ ATF | Telephone:  (810) 341-5710 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

Stacy Jones,

Case: 4:26−mj−30308
Assigned To : Ivy, Curtis, Jr
File Date : 5/26/2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April of 2026 _____ in the county of _____ Genesee _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C § 841 | Distribution of a Controlled Substance |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Daniel Bowling, Special Agent A.T.F.
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: **May 26, 2026**

_____
*Judge's signature*

City and state:  Flint, Michigan

Hon. Curtis Ivy, Jr., U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION
## FOR A CRIMINAL COMPLAINT

I, Daniel Bowling, being duly sworn, hereby declare and state:

1.      I am a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), and am currently assigned to the Detroit Field Division, Flint Field Office.  I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C § 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 21 U.S.C. § 801, et. seq. and 18 U.S.C. § 2516.

2.      I submit this affidavit in support of a criminal complaint and arrest warrant for Stacy Jones (DOB xx/xx/1975).

3.      The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the issuance of the requested criminal complaint and arrest warrant. Thus, this affidavit does not set forth all my knowledge of this investigation. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

4.      Based on the facts set forth in this affidavit, there is probable cause to believe in April of 2026, Jones possessed and distributed approximately 30 grams of

1

fentanyl to an undercover ATF Agent (hereinafter UCA), in violation of 21 U.S.C. § 841.

5. I have been employed by the ATF since July 26, 2015. I completed Special Agent Basic Training and Criminal Investigative Training at the Federal Law Enforcement Training Center. I was previously employed as a Police Officer with the Metropolitan Nashville Police Department in Nashville, Tennessee from March of 2008 through May of 2015. During my time there, I was assigned to the Gang Unit from August of 2012 until May of 2015. My duties included, but were not limited to, conducting controlled purchases of narcotics through utilization of confidential informants, application for and execution of search warrants on persons, residences, and vehicles, debriefing confidential informants, interviewing witnesses, and proffering defendants. In addition, I analyzed toll records and led investigations that resulted in the interception of wired communications. I have testified in all levels of court proceedings, both at the state and the federal level. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

## PROBABLE CAUSE

6.      In April of 2026, at the direction of agents, an ATF Confidential Informant (herein after CI) arranged a narcotics transaction with an individual previously identified as Stacy Jones. The CI and an ATF Undercover Cover Agent (herein after UCA) were directed to 1912 Maryland Avenue, Flint, Michigan.  The parties walked inside and made contact with Jones.  Jones advised that he was waiting on the narcotics to arrive.  After a brief wait, Jones exited the residence and met with a male/black that had arrived at the location driving a black sedan.  Jones then came back into the residence where Jones gave the CI with a clear plastic baggie containing a purple powder.  The CI handed the baggie to the UCA and the UCA handed Jones $1,400 in previously photocopied buy funds.  Jones walked into the kitchen and counted the buy funds. The CI and the UCA then left the residence.

7.      The purchased substance was field-tested by Detective Fisher from the Flint Area Narcotics Group (FANG) and tested positive for the presence of fentanyl and had an approximate weight of 30 grams.  The narcotics were later submitted to the Michigan State Laboratory where they are currently pending analysis.

8.      Based on the foregoing facts and circumstances, I respectfully submit that there is probable cause to believe that in April of 2026, Jones distributed approximately 30 grams of fentanyl to an ATF undercover agent, in violation of Title 21 U.S.C. § 841.

Respectfully submitted,

_____
Dan Bowling
Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means on _____.

_____
HON. CURTIS IVY, JR.
UNITED STATES MAGISTRATE JUDGE

4